UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20930 CR-MARTINEZ / KLEIN

18 U.S.C. § 1028(f)
18 U.S.C. § 1028(a)(3)
18 U.S.C. § 1546(a)

UNITED STATES OF AMERICA

vs.

EDUARDO URBISTONDO and
CARLOS AMOROSO,

    **Defendants.**
_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on a date unknown to the Grand Jury, but as early as in or about October 2004, to on or about November 16, 2004, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**EDUARDO URBISTONDO and
CARLOS AMOROSO,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others unknown to the Grand Jury to possess with intent to transfer unlawfully five (5) or more false identification documents that appear to be issued by or under the authority of the United States, that is, Social Security Cards and Employment Authorization Cards, in violation of Title 18, United States Code, Section 1028(a)(3).

## OBJECT OF THE CONSPIRACY

The purpose and object of the conspiracy was to acquire and sell false employment authorization documents for profit.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that EDUARDO URBISTONDO and CARLOS AMOROSO would obtain personal information from other individuals, use that information to obtain false employment authorization documents, and then unlawfully provide said documents to the individuals who had provided the personal information in exchange for money.

## OVERT ACTS

In furtherance of this conspiracy and to effect the objects thereof, at least one of the co-conspirators committed at least one of the following overt acts, among others, in the Southern District of Florida:

1. On or about November 12, 2004, EDUARDO URBISTONDO had a conversation with another person wherein he agreed to provide false employment authorization documents.

2. On or about November 16, 2004, EDUARDO URBISTONDO traveled to the intersection of Lincoln Road and Meridian Avenue, in Miami Beach, Florida.

3. On or about November 16, 2004, EDUARDO URBISTONDO gave an envelope containing eight (8) social security cards and eight (8) employment authorization documents to an undercover law enforcement officer.

4. On or about November 16, 2004, CARLOS AMOROSO traveled to the intersection of Lincoln Road and Meridian Avenue, in Miami Beach, Florida.

5.  On or about November 16, 2004, CARLOS AMOROSO possessed two (2) false identification documents which he had in an automobile.

All in violation of Title 18, United States Code, Section 1028(f).

## COUNT 2

On or about November 16, 2004, in Miami-Dade County, in the Southern District of Florida, the defendants,

**EDUARDO URBISTONDO and
CARLOS AMOROSO,**

did knowingly possess with intent to transfer unlawfully five (5) or more false identification documents that appear to be issued by or under the authority of the United States, that is, Social Security Cards and Employment Authorization Cards; in violation of Title 18, United States Code, Sections 1028(a)(3) and 2.

## COUNT 3

On or about November 16, 2004, in Miami-Dade County, in the Southern District of Florida, the defendants,

**EDUARDO URBISTONDO and
CARLOS AMOROSO,**

did knowingly possess, obtain and receive counterfeited and falsely made documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, counterfeited and falsely made Social Security Cards and Employment Authorization Cards, which documents the defendants knew to be counterfeited and falsely made; in violation of Title 18, United States Code, Sections 1546(a) and 2.

## ADDITIONAL ALLEGATIONS

It is further alleged that the offenses in Counts 1, 2 and 3 involved six (6) or more false documents.

A TRUE BILL

_____
FOREPERSON

fn _____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
MARKENZY LAPOINTE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20930CR-MARTINEZ/KLEIN

UNITED STATES OF AMERICA

vs.

EDUARDO URBISTONDO and
CARLOS AMOROSO,

              Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

  X   Miami  ___ Key West
  ___ FTL  ___ WPB  ___ FTP

New Defendant(s)    Yes ___  ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect  Spanish

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)  No
If yes:
Judge: _____  Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)  Yes
If yes:
Magistrate Case No.  04-3484-PRP
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of  11/16/04
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  X  No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  X  No
If yes, was it pending in the Central Region?  ___ Yes  ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  X  No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ___ Yes  X  No

                                              _____
                                              MARKENZY LAPOINTE
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Florida Bar No. 0172601

*Penalty Sheet(s) attached                                                                          REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: EDUARDO URBISTONDO

Case No. 04-20930 CR-MARTINEZ / KLEIN

Count #: 1

Conspiracy to posses with intent to transfer false identification documents

Title 18, United States Code, Section 1028(f)

* Max.Penalty:      15 years' imprisonment

Count #: 2

Possession with intent to transfer false identification documents

Title 18, United States Code, Section 1028(a)(3)

* Max.Penalty:      15 years' imprisonment

Count #: 3

Fraud and misuse of visa, permits and other documents

Title 18, United States Code, Section 1546(a)

* Max.Penalty:      10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CARLOS AMOROSO

**Case No:** 04-20930 CR-MARTINEZ/KLEIN

Count #: 1

Conspiracy to posses with intent to transfer false identification documents

Title 18, United States Code, Section 1028(f)

**\* Max.Penalty:**    15 years' imprisonment

Count #: 2

Possession with intent to transfer false identification documents

Title 18, United States Code, Section 1028(a)(3)

**\* Max.Penalty:**    15 years' imprisonment

Count #: 3

Fraud and misuse of visa, permits and other documents

Title 18, United States Code, Section 1546(a)

**\* Max.Penalty:**    10 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Federal Grand Jury
Indictment Number

0305-mcr-0181

FORM DBD-34
March 04

No. 04-20930-CR-MARTINEZ/KLEIN

UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____FLORIDA_____

THE UNITED STATES OF AMERICA

vs.

EDUARDO URBISTONDO and
CARLOS AMOROSO,

Defendants.

# INDICTMENT

18 U.S.C. §1028(f)
18 U.S.C. §1028(a)(3)
18 U.S.C. §1546(a)

A true bill.

_____
Foreman

FGJ 03-03(MIA)

Filed in open court this _____ 30th _____ day,
of _____ Nov _____ A.D. 2004

_____
Clerk

Bail, $ _____